UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:08-cv-01122 |
| | § | |
| $30,000, U.S. CURRENCY, | § | |
| Defendant. | § | |

### AGREED ORDER OF FORFEITURE AND FINAL JUDGMENT

The agreed United States' motion for a final judgment of forfeiture is granted.

The Court finds under 28 U.S.C. §2465(a)(2) that there was reasonable cause for the seizure of Defendant *in rem* $30,000.00.

It is ORDERED that:

1. $15,000.00 of Defendant property is forfeited to the United States. The United States Department of Homeland Security shall dispose of the funds,

2. The United States Department of Homeland Security shall return to Keyla Freitas, Claimant, $15,000.00 of Defendant property by sending a check payable to Keyla Freitas, c/o Marc Fagelson, Esq., Bogenschutz, Dutko & Kroll, P.A., 600 South Andrews Avenue, Suite

500, Fort Lauderdale, FL 33301,

3. Claimant Keyla Freitas will hold the United States, including its employees, agents, and assignees, harmless for any damages or causes of action relating to this action,

4. Claimant Keyla Freitas will bear their costs including attorneys' fees, and

5. Any relief not specifically granted is denied.

This is a Final Judgment.

Signed on Jan 20, 2009, at Houston, Texas.

David Hittner
United States District Judge

Agreed as to form and substance:

_____
Keyla Freitas, Claimant

_____
Marc Fagelson, Esq.     12/11/08

_____
Albert Ratliff, Assistant U.S. Attorney